**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| TYNETTA EDWARDS, individually, and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>vs.<br><br>AVIS BUDGET CAR RENTAL, LLC<br><br>      Defendant. | Civil Action No. 2:25-cv-17432 |

**JOINT STATUS REPORT**

Plaintiff Tynetta Edwards ("Plaintiff") and Defendant Avis Budget Car Rental, LLC ("Defendant" or "Avis") (together, "the Parties"), by and through their undersigned counsel, jointly request an extension of the current stay of proceedings for 60 days to allow the Parties time to engage in informal discovery and settlement negotiations. In support of this request, the Parties state as follows:

1.     On April 6, 2026, the Parties jointly requested that the Court stay the litigation to allow the Parties time to engage in informal discovery and settlement negotiations to explore potential early resolution before proceeding to dispositive motions practice. (ECF No. 24).

2.    On April 7, 2026, the Court granted the Parties' joint motion and directed them to file a joint status report on or before July 6, 2026 regarding their settlement negotiations to date. (ECF No. 25).

3.    Since then, the Parties have worked diligently to explore potential resolution, including engaging in informal discovery and analyzing Defendant's time and pay records.

4.    In order to allow the Parties sufficient time to continue settlement negotiations to determine if resolution is possible, the Parties respectfully request an extension of the current stay by 60 days, through September 4, 2026.

5.    Neither Party will be prejudiced by the requested extension, which is not sought for purposes of delay. Rather, good cause exists for the requested stay, as granting the stay will serve judicial economy by allowing sufficient time for the Parties to explore potential settlement before engaging in dispositive motions practice.

WHEREFORE, the Parties respectfully request that the Court extend the current stay of all proceedings and litigation deadlines by 60 days to allow the Parties time to engage in informal discovery and settlement negotiations.

Respectfully submitted this 2nd day of July, 2026,


/s/ Achchana Ranasinghe (w/ permission)
Achchana Ranasinghe
NJ Bar No. 087282014
Nicholas Conlon
NJ Bar No. 34052013
**BROWN, LLC**
111 Town Square Place, Suite 400
Jersey City, NJ 07310
T: (877) 561-0000
F: (855) 582-5297
ac@jtblawgroup.com
nicholasconlon@jtblawgroup.com

*Attorneys for Plaintiff*

/s/ William J. Anthony
William J. Anthony
NJ Bar No. 005101992
**LITTLER MENDELSON, P.C.**
900 Third Avenue
New York, NY 10022-3298
(212) 471-4404 (tel)
(212) 832-2719 (fax)
wanthony@littler.com

Katelyn W. McCombs*
PA Bar No. 323746
Sean P. Dawson**
PA Bar. No. 326085
**LITTLER MENDELSON, P.C.**
1 PPG Place, Suite 2400
Pittsburgh, PA  15222
(412) 201-7641/01 (tel)
(412) 774-2296 (fax)
kmccombs@littler.com
sdawson@littler.com

*Admitted Pro Hac Vice
**Pro Hac Vice Motion Forthcoming

*Attorneys for Defendant
Avis Budget Car Rental, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I, William J. Anthony, hereby certify that on July 2, 2026, I caused the foregoing to be served upon this Court and Plaintiff's counsel via ECF filing with the Clerk of the Court for the United States District Court for the District of New Jersey.

*s/ William J. Anthony*
William J. Anthony
